## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CREDITORS INSURANCE PURCHASING GROUP,  )<br>)<br>Plaintiff,  )<br>)<br>-vs-  )<br>)<br>JOHN D. DOAK,  )<br>COMMISSIONER OF INSURANCE, )<br>)<br>Defendant.  ) | Case No. CIV-12-1046-F |

## JUDGMENT

In accordance with the order entered this same date, plaintiff, Creditors Insurance Purchasing Group's Second Amended Complaint and action against defendant, John D. Doak, Commissioner of Insurance, is dismissed with prejudice pursuant to Rule 12(b)(6), Fed. R. Civ. P.

DATED at Oklahoma City, Oklahoma, this 29th day of July, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1046p012.wpd